# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————————

SCOTT DUNCAN MACINNES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1322

———————————————————

January 21, 2026

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Blair Allen, Public Defender, and Terri L. Backhus, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.